STATEN ISLAND EDISON CORPORATION, Respondent, *v.* STATEN ISLAND RAPID TRANSIT RAILWAY COMPANY et al., Respondents, and PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK et al., Appellants.

Argued January 22, 1946; decided April 18, 1946.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd* and *Irving Galt* of counsel), for Frank C. Moore, as State Comptroller, appellant.

*Philip Halpern, Frank C. Bowers* and *George H. Kenny* for Public Service Commission, appellant.

*George Foster, Jr.,* and *Edmund B. Naylon* for plaintiff-respondent.

*Jesse C. Millard* for Staten Island Rapid Transit Railway Company and Staten Island Railway Company, defendants-respondents.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.